IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PERCY J. VAUGHN, JR.;       )
et al.,                     )
                            )
    Plaintiffs,             )
                            )       CIVIL ACTION NO.
    v.                      )         2:09cv140-MHT
                            )              (WO)
SYNOVUS FINANCIAL           )
CORPORATION; et al.,        )
                            )
    Defendants.             )
```

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Richard Vales's motions to dismiss (Doc. Nos. 83 & 86) are granted.

(2) All of plaintiff Vales's claims against defendants Michael Carter, Synovous Financial Corporation, and First Commercial Holdings Corporation d/b/a as First Commercial Bank, are dismissed with prejudice, pro tanto, costs taxed as paid.

(3) Because there is no just reason for delay, this is a final judgment of dismissal pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

(4) This litigation is terminated as to plaintiff Vales.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 31st day of August, 2009.

                               /s/ Myron H. Thompson  
                              UNITED STATES DISTRICT JUDGE