IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PERCY J. VAUGHN, JR.,      )
et al.,                    )
                           )
     Plaintiffs,           )
                           )     CIVIL ACTION NO.
     v.                    )      2:09cv140-MHT
                           )          (WO)
SYNOVUS FINANCIAL          )
CORPORATION; et al.,       )
                           )
     Defendants.           )
```

## JUDGMENT

Pursuant to the plaintiffs' notice of dismissal (Doc. No. 98), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs.

The court assumes that the defendants have no objection to the allowance of this dismissal; however, if they do, they must file the objection within seven days from the date of this order.

It is further ORDERED that all outstanding motions are denied as moot.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 28th day of July, 2014.**

```
            /s/ Myron H. Thompson
          UNITED STATES DISTRICT JUDGE
```